**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

*FILED*
*JUL 18 2006*
*EUGENE R. WEDOFF*
*BANKRUPTCY JUDGE*

In re:  )
  )
  )  Case No. 05 B 26786
DEBORAH A. SCAFIDE,  )
  )
  )
  )  Chapter 7
Debtor.  )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO CRANE, HEYMAN, SIMON, WELCH & CLAR, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $2,347.00 | TOTAL COSTS REQUESTED: | $0.00 |
| TOTAL FEES REDUCED: | $ 200.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $2,147.00 | TOTAL COSTS ALLOWED: | $0.00 |

**TOTAL FEES AND COSTS ALLOWED: $2,147.00**

THE COURT HAS IDENTIFIED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE NUMERICAL NOTATION THAT APPEARS ON THE SIDE OF EACH HIGHLIGHTED ENTRY DISCLOSES THE BASIS FOR EACH DISALLOWANCE. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)  **Improper Allocation of Professional Resources**

The Court denies the allowance in part of compensation for the following task since a professional with a lower level of skill and experience or a paraprofessional could have performed the task. *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."; *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

Dated: July 18, 2006

Eugene R. Wedoff
United States Bankruptcy Court

| DATE | COMMENT | ATTY | HOURS |
| --- | --- | --- | --- |
| 08/23/05 | Preparation of Notice Motion and Order to Employ Counsel | GRH | 0.60 |
| 08/30/05 | Preparation of Notice Motion and Order to Authorize Trustee to Sell Automobile | GRH | 1.00 |
|  | Court appearance re: Motion to Employ Counsel | GRH | 0.50 |
| 09/20/05 | Court appearance re: Motion to Sell Automobile | GRH | 0.50 |
| 03/09/06 | Review claims | GRH | 0.50 |
| 03/14/06 | Preparation of Objection to Claim No. 4 | GRH | 0.80 |
| 04/18/06 | Appeared before Judge Wedoff re: objection to claim. | SRC | 0.50 |
| 04/19/06 | Preparation of final application for compensation | GRH | 1.50 |
| Total: |  |  | 5.90 |